1  Gregory G. Gordon, Esq.
   Nevada Bar No. 5334
2  GLEN LERNER INJURY ATTORNEYS
   4795 South Durango Drive
3  Las Vegas, Nevada 89147
   Telephone: (702) 877-1500
4  Facsimile: (702) 933-7043
   ggordon@glenlerner.com
5  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LAJOY WATSON, individually;

Plaintiff,

v.

J.C. PENNEY CORPORATION, INC.;
DOES I – X; and ROE CORPORATIONS I - X,
inclusive,

Defendants.

CASE NO.   2:19-cv-00956-GMN-VCF

**STIPULATION AND ORDER TO REMAND CASE TO EIGHTH JUDICIAL DISTRICT COURT**

Plaintiff, LAJOY WATSON, by and through her counsel of record, Gregory G. Gordon, Esq., of Glen Lerner Injury Attorneys and Defendant, J.C. PENNY CORPORATION, INC., by and through its counsel of record, Brian K. Terry, Esq., and Christy Lyn M. Galliher, Esq., of Thorndal, Armstrong, Delk, Balkenbush & Eisinger, hereby Stipulate to the remand of this matter to the Eighth Judicial District Court for further proceedings without the award of sanctions to either party.

GLEN LERNER INJURY ATTORNEYS

By:   /s/ Gregory G. Gordon
   Gregory G. Gordon, Esq.
   Nevada Bar No. 5334
   4795 South Durango Drive
   Las Vegas, Nevada 89147
   Attorney for Plaintiff

THORNDAL, ARMSTRONG, DELK,
BALKENBUSH & EISINGER

By:   /s/ Christy Lyn M. Galliher
   Brian K. Terry, Esq.
   Nevada Bar No. 3171
   Christy Lyn M. Galliher, Esq.
   Nevada Bar No. 8460
   110 East Bridger Avenue
   Las Vegas, Nevada 89101-5315
   Attorneys for Defendant

**ORDER**

**IT IS HEREBY ORDERED** that this matter shall be remanded to the Eighth Judicial District Court for further proceedings.

The Clerk of Court is instructed to close this case.

**IT IS SO ORDERED.**

**DATED** this 7 day of August, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT